**FILED**

OCT 1 6 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PETITION FOR SUIT IN EQUITY
( PURSUANT TO 42 § U.S.C. § 1983 )

JAMES F. JOHNSON , PRO SE
FED REG NO. 07561-016
P.O. BOX 2000 FCI
FORT DIX , N.J. 08640

JURY DEMAND
MONETARY DAMAGES SOUGHT
( $75,000,00 )

PETITIONER ,

VS.

UNITED STATES OF AMERICA , ET AL.;

DIRECTOR
FEDERAL BUREAU OF PRISONS
320 FIRST STREET , N.W.
WASHINGTON , D.C. 20001

Case: 1:07-cv-01859
Assigned To : Unassigned
Assign. Date : 10/16/2007
Description: PRO SE GEN. CIVIL

JURY ACTION

CASE RE-ASSIGNED
JUL -9 2008
TO: WALTON, J. RBW

JURISDICTION

1ST AMENDMENT , U.S. CONSTITUTION......" THE RIGHT OF CITIZENS FREELY TO ASSEMBLE, AND PETITION THE GOVERNMENT FOR REDRESS OF GREIVENCE..." (IN PERTINENT PART)

28 USCS § 1331. FEDERAL QUESTION.
" THE DISTRICT COURTS SHALL HAVE ORGINAL JURISDICTION OF ALL CIVIL ACTIONS ARISING UNDER THE CONSTITUTION, LAWS , OR TREATIES OF THE UNITED STATES."

JURISDICTIONAL VENUE

42 § USCS § 1983.  DEPRIVATION OF RIGHTS , CIVIL ACTION.

" EVERY PERSON , WHO , UNDER COLOR OF ANY STATUTE, ORDINANCE, REGULATION ,CUSTOM, OR USAGE, OF ANY STATE, OR TERRITORY , OR THE DISTRICT OF COLUMBIA, SUBJECTS , OR CAUSES TO BE SUBJECTED ,ANY CITIZEN OF THE UNITED STATES OR TO OTHER PERSON WITHIN THE JURISDICTION THEREOF, TO THE DEPRIVATION OF ANY RIGHTS , PRIVILEGES,

**RECEIVED**

SEP 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, SHALL BE LIABLE TO THE PARTY INJURED IN AN ACTION AT LAW , SUIT IN EQUITY, OR OTHER PROPER PROCEEDING FOR REDRESS , EXCEPT THAT IN ANY ACTION BROUGHT AGAINST A JUDICIAL OFFICER FOR AN ACT OR OMMISSION TAKEN IN THE OFFI-
         CERS JUDICIAL CAPACITY, INJUNCTIVE RELIEF SHALL NOT BE GRANTED UNLESS A DECLARATORY RELIEF WAS UNAVAILABLE . FOR THE PURPOSES OFTHIS SECTION, ANY ACT OF CONGRESS APPLICABLE EXCLUSIVELY TO THE DISTRICT OF COLUMBIA, SHALL BE CONSIDERED AS TO BE A STATUTE OF THE DISTRICT OF COLUMBIA."

                    CITATIONS CHIEFLY RELIED UPON

42 § USC § 1983
28 § USC § 2672
28 CFR § 543.30
1ST AMENDMENT , U.S. CONSTITUTION
4TH AMENDMENT, U.S. CONSTITUTION
5TH AMENDMENT , U.S. CONSTITUTION
8TH AMENDMENT , U.S. CONSTITUTION
14TH AMENDMENT , U.S. CONSTITUTION

MEMORANDUM DATED AUGUST 28, 2007/HENRY J. SADOWSKI
ADMINISTRATIVE TORT CLAIMS NO. TRT-NER-2007-02540

BOP POLICY/ADMINISTRATIVE REMEDY PROCEDURES
INMATE FINANCE RECORDS FOR THE BOP

                              BACKGROUND

THE PETITIONER, JAMES F. JOHNSON, IS A PRISONER HOUSED AT FORT DIX, F.C.I., PURCHASED CERTAIN INMATE COMMISSARY ITEMS FROM THE INMATE COMMISSARY AT FORT DIX DURING THE 2006 COMMISSARY PURCHASING ERA.
     ON OR ABOUT JANUARY 10, 2007, HE WAS INJURED IN A FELL AFTER BEING BRUTALLY ATTACKED AND KICKED AT HIS HANDICAPPED WALKER BY A BOP STAFF MEMBER WHOM CALLED HIM " BEATING ON HIS CHEST LIKE A MOKEY" FOR INSOLENCE." JOHNSON WAS FELLED INTO AN IRON FENCE POLE OF METAL AND IMMEDIATELY STRUCT HIS HEAD, CAUSING INJURIES THERETO, AND IMME-DIATELY TRANSFERRED , BY AMBULANCE, TO AN OUTSIDE MEDICAL FACILITY KNOWN AS SAINT FRANCIS MEDICAL HOSPITAL IN NEW JERSEY, FOR EMERGENCY TREATMENTS TO HIS SKULL AND HEAD. JOHNSON'S PROPERTY ON HIS PERSONS, CONSISTING OF HIS PURCHASED SONY RADIO, HEAD PHONES, DAISEY TYPING WHEEL, TYPING RIBBON, LEGAL DOCUMENTS, INMATE ID CARD, WERE IMMEDI-ATELY CONFISCATED FOR " SECURITY REASONS,"AS INMATES BEING TRANSPORTED OUTSIDE ARE NOT ALLOWED TO HAVE " ANYTHING UPON HIS/HER PERSONS!"
     AFTER TERATMENTS FROM THIS OUTSIDE MEDICAL FACILITY, JOHNSON WAS RE-ADMITTED TO THE FORT DIX, FCI, AND ADMITTED TO THE SPECIAL HOUSING UNIT(SHU) FOR HEARINGS. HIS PROPERTY FROM HIS UNIT WAS LATER PRESENTED, WHERE THE SHU PROPERTY OFFICER IMMEDIATELY DOCU-

MENTED HIS PROPERTY LOSES , PER THE ITEMS LISTED UPON THE INMATES
COMMISSARY ITEMS PURCHASED LIST , WHICH IS COMPUTERIZED AND SO
DOCUMENTED FOR SUCH PURPOSES. THIS STAFF OFFICER SO DOCUMENTED HIS
MISSING RADIO AND OTHER LISTED ITEMS.
   ACCORDINGLY TO ADMINISTRATIVE PROCEDURES, JOHNSON PROPERLY AND
TIMELY SIBMITTED HIS LOSS PROPERTY CLAIMS , AFTER SEVERAL ATTEMPTS
TO " INFORMERLY RESOLVE " THE ISSUE TO FIND HIS LOST PROEPRTIES.
AS A DIRECT RESULT OF THE CLAIMS AND BECAUSE HE HAD FILED OTHER
ASSAULT CLAIMS AGAINST MEMBERS OF THE BOP STAFF FOR THE INCIDENT
OF CALLING HIM A MONKEY AND ASSAULT, HE WAS DENIED HIS CLAIM,
HE BELIEVES, AS A MEANS OF RETRIBUTION.


                              DAMAGES

WHEREAS , JOHNSON DEMANDS A TRIAL BY JURY TO DETERMINE THE FACTS
AND THE MERITS OF THIS CASE BECAUSE OF THE DEFENDANTS STAUNCH REFUSALS
TO HONOR ITS OWN AGENCY GUIDELINES AND REGULATIONS AND THE LAWS OF
THE UNITED STATES CONSTITUTION, THUS, FOR COMPENSATORY DAMAGES,
JOHNSON SEEKS THE AMOUNT OF $ 75,000.00 AND FOR PUNITIVE DAMAGES,
JOHNSON SEEKS THE AMOUNT OF $75,000.00 AND ANY OTHER PROPER
MEANS OF REDRESS DEEMED TO BE PROPER BY THIS COURT AND OR JURY DEMAND,
IT IS SO MOVED!
*/s/ James F. Johnson*
JAMES F. JOHNSON

ATTACHMENTS


                        CERTIFICATE OF SERVICE

I , JAMES F. JOHNSON DO SO CERTIFY THAT I HAVE MAILED THE ORIGINAL
AND TWO COPIES TO THE CLERK OF THE U.S. DISTRICT COURT FOR THE DIS-
STRICT OF COLUMBIA, ON THIS -----DAY OF SEPTEMBER, 2007, AND BECAUSE
OF MY POVERTY AND AFFIDAVIT HERETO ATTACHED, DULY REQEUST THAT ANY
AND ALL PARTIES CONCERNED, ACCORDINGLY TO RULE 11 AND RULE 12,BE
FORWARDED A COPY OF THIS COMPLAINT, AND THE PRO SE PETITIONER,
IT IS SO MOVED.
*/s/ James F. Johnson*
JAMES F. JOHNSON , PRO SE

UNITED STATES GOVERNMENT

# Memorandum

Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

DATE: August 28, 2007

REPLY TO
ATTN OF: Henry J. Sadowski, Regional Counsel

SUBJECT: Administrative Tort Claim No. TRT-NER-2007-02540

TO: James Johnson, Reg. No. 07561-016
    FCI Fort Dix

Your Administrative Tort Claim No. TRT-NER-2007-02540, properly received in this office on March 1, 2007, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. You seek compensatory damages in the amount of $139.15 for personal property loss. You allege some of your personal property was lost when you were transferred from the Federal Correctional Institution (FCI) Fort Dix to an outside medical facility on January 10, 2007.

After careful review of this claim, I decided not to offer a settlement. You signed an Inmate Personal Property Release form on January 10, 2007 and January 23, 2007. Your signature indicates the accuracy of the inventory on both dates. On January 10, 2007, a radio was the only item you indicated was missing. You provided no evidence you possessed a radio on this date. On January 23, 2007, you did not list any items as missing. There is no evidence to suggest you experienced a compensable loss as the result of negligence on the part of any Bureau of Prisons' employee.

Accordingly, your claim is denied. If you are dissatisfied with this decision, you may bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this memorandum.

cc: Charles E. Samuels, Jr., Warden, FCI Fort Dix

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT
WASHINGTON, D.C.

AFFIDAVIT IN SUPPORT OF
PAUPERIS PLEADINGS

JAMES F. JOHNSON, PRO SE
FED REG NO. 07561-016
P.O. BOX 2000 FCI
FORT DIY, N.J. 08640

PETITIONER,

VS.                                                         CIVIL ACTION _____

UNITED STATES OF AMERICA ET AL.;

DIRECTOR
FEDERAL BUREAU OF PRISONS, ET AL.;
302 FIRST STREET, N.W.
WASHINGTON, D.C. 20001

RESPONDANT.

AFFIDAVIT IN SUPPORT OF LEAVE TO PROCEED IN
FORMA PAUPERIS

I, JAMES F. JOHNSON, DO SO DECLARE, UNDER PENALTY OF PERJURY, THAT I AM A CITIZEN OF THESE UNITED STATES, THAT I AM A TAX PAYING CITIZENRY OF THE DISTRICT OF COLUMBIA, THAT I AM A PRISONER HELD IN AND AT THE FEDERAL BUREAU OF PRISONS, THAT BECAUSE OF POVERTY, I AM UNABLE TO PAY COURT COST OR GIVE SECURITY FOR SAME, THAT I MAKE NO MONIES AS A FEDERAL PRISONER DUE TO MY BEING MEDICALLY HANDICAPPED AND MEDICALLY UNASIGNED, THAST I OWN NO PROPERTIES NOR HAVE ANY BANK ACCOUNTS, NOR GIFTS OF MONIES TO PAY FOR SAME,.THAT I BELIEVE

THAT I AM ENTITLED TO THE REDRESS I SEEK , THAT THE FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION ALLOWS ME TO ADDRESS THE GOVERNMENT TO SEEK REDRESS OF GRIEVENCE , THAT A COPY OF MY PRISON INMATE FINANCIAL AND COMMISSARY FUND IS ATTACHED HERETO , THAT I AM WILLING TO FOLLOW , HEED , AND ABIDE WITH ANY RULING THIS COURT MAY ORDER , TO PROCEED FIRST WITHOUT PAYMENT OF COURT COST IN THE INSTANT ACTION. IT IS SO MOVED!

JAMES F. JOHNSON , PRO SE

CERTIFICATE OF SERVICE

I , JAMES F. JOHNSON , THE PETITIONER HEREIN FOR THIS MOTION TO PROCEED WITHOUT PREPAYMENT OF COST OF COURT, UNDER THE PAUPERIS PLEADINGS AND APPLICABLE RULES OF THIS COURT , DO SO CERTIFY THAT I HAVE MAILED THE ORIGINAL AND TWO COPIES TO:

CHIEF CLERK
UNITED STATES DISTRICT COURT
333 CONSTITUTION AVENUE, N.W.
WASHINGTON ,D.C, 20001

POSTAGE FIRST PREPAID, ON THIS ---DAY OF SEPTEMBER, 2007, AND ACCORDINGLY TO RULE 11 AND RULE 12 , DULY REQUEST THAT COPIES BE FORWARDED , HOWEVER APPLICABLE, TO ANY AND ALL CONCERNED PARTIES, INCLUSIVE OF :
        JAMES F. JOHNSON , PRO SE
        FED REG NO. 07561-016
        P.O. BOX 2000 FCI
        FORT DIX , N.J. 08640

IT IS SO MOVED!

ATTACHMENT(1)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT
WASHINGTON , D.C.


AFFIDAVIT IN SUPPORT OF
PAUPERIS PLEADINGS


JAMES F. JOHNSON , PRO SE
FED REG NO. 07561-016
P.O. BOX 2000 FCI
FORT DIX , N.J. 08640

        PETITIONER ,

VS.                                                      CIVIL ACTION_____

UNITED STATES OF AMERICA ET AL.;

DIRECTOR
FEDERAL BUREAU OF PRISONS , ET AL.;
302 FIRST STREET , N.W.
WASHINGTON , D.C.  20001

        RESPONDANT .


AFFIDAVIT IN SUPPORT OF LEAVE TO PROCEED IN
FORMA PAUPERIS

I, JAMES F. JOHNSON , DO SO DECLARE, UNDER PENALTY OF PERJURY, THAT I AM A CITIZEN OF THESE UNITED STATES,  THAT I AM A TAX PAYING CITI- ZENRY OF THE DISTRICT OF COLUMBIA, THAT I AM A PRISONER HELD IN AND AT THE FEDERAL BUREAU OF PRISONS, THAT BECAUSE OF POVERTY, I AM UN- ABLE TO PAY COURT COST OR GIVE SECURITY FOR SAME, THAT I MAKE NO MONIES AS A FEDERAL PRISONER DUE TO MY BEING MEDICALLY HANDICAPPED AND MEDICALLY UNASIGNED , THAST I OWN NO PROPERTIES NOR HAVE ANY BANK ACCOUNTS , NOR GIFTS OF MONIES TO PAY FOR SAME,.THAT I BELIEVE

THAT I AM ENTITLED TO THE REDRESS I SEEK , THAT THE FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION ALLOWS ME TO ADDRESS THE GOVERNMENT TO SEEK REDRESS OF GRIEVENCE , THAT A COPY OF MY PRISON INMATE FINANCIAL AND COMMISSARY FUND IS ATTACHED HERETO , THAT I AM WILLING TO FOLLOW , HEED , AND ABIDE WITH ANY RULING THIS COURT MAY ORDER , TO PROCEED FIRST WITHOUT PAYMENT OF COURT COST IN THE INSTANT ACTION. IT IS SO MOVED!


JAMES F. JOHNSON , PRO SE


CERTIFICATE OF SERVICE

I , JAMES F. JOHNSON , THE PETITIONER HEREIN FOR THIS MOTION TO PROCEED WITHOUT PREPAYMENT OF COST OF COURT, UNDER THE PAUPERIS PLEADINGS AND APPLICABLE RULES OF THIS COURT , DO SO CERTIFY THAT I HAVE MAILED THE ORIGINAL AND TWO COPIES TO:

CHIEF CLERK
UNITED STATES DISTRICT COURT
333 CONSTITUTION AVENUE, N.W.
WASHINGTON ,D.C, 20001

POSTAGE FIRST PREPAID, ON THIS ---DAY OF SEPTEMBER, 2007, AND ACCORDINGLY TO RULE 11 AND RULE 12 , DULY REQUEST THAT COPIES BE FORWARDED , HOWEVER APPLICABLE, TO ANY AND ALL CONCERNED PARTIES, INCLUSIVE OF :

        JAMES F. JOHNSON , PRO SE
        FED REG NO. 07561-016
        P.O. BOX 2000 FCI
        FORT DIX , N.J. 08640

IT IS SO MOVED!

ATTACHMENT(1)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETITION FOR SUIT IN EQUITY
( PURSUANT TO 42 § U.S.C. § 1983 )

JAMES F. JOHNSON , PRO SE
FED REG NO. 07561-016
P.O. BOX 2000 FCI
FORT DIX , N.J. 08640

JURY DEMAND
MONETARY DAMAGES SOUGHT
( $15,000.00 )

PETITIONER ,

VS.                                          CIVIL ACTION NO.-

UNITED STATES OF AMERICA , ET AL.;

DIRECTOR
FEDERAL BUREAU OF PRISONS
320 FIRST STREET , N.W.
WASHINGTON , D.C. 20001

JURISDICTION

1ST AMENDMENT , U.S. CONSTITUTION......" THE RIGHT OF CITIZENS
FREELY TO ASSEMBLE, AND PETITION THE GOVERNMENT
FOR REDRESS OF GREIVENCE..." (INPPERTINENT PART)

28 USCS § 1331. FEDERAL QUESTION.
" THE DISTRICT COURTS SHALL HAVE ORGINAL JURISDI-
CTION OF ALL CIVIL ACTIONS ARISING UNDER THE
CONSTITUTION, LAWS , OR TREATIES OF THE UNITED
STATES."

JURISDICTIONAL VENUE

42 § USCS § 1983.   DEPRIVATION OF RIGHTS , CIVIL ACTION.

" EVERY PERSON , WHO , UNDER COLOR OF ANY STATUTE,
ORDINANCE, REGULATION ,CUSTOM, OR USAGE, OF ANY STATE,
OR TERRITORY , OR THE DISTRICT OF COLUMBIA, SUBJECTS ,
OR CAUSES TO BE SUBJECTED ,ANY CITIZEN OF THE UNITED
STATES OR TO OTHER PERSON WITHIN THE JURISDICTION
THEREOF, TO THE DEPRIVATION OF ANY RIGHTS , PRIVILEGES,

OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, SHALL BE LIABLE TO THE PARTY INJURED IN AN ACTION AT LAW, SUIT IN EQUITY, OR OTHER PROPER PROCEEDING FOR REDRESS, EXCEPT THAT IN ANY ACTION BROUGHT AGAINST A JUDICIAL OFFICER FOR AN ACT OR OMMISSION TAKEN IN THE OFFICERS JUDICIAL CAPACITY, INJUNCTIVE RELIEF SHALL NOT BE GRANTED UNLESS A DECLARATORY RELIEF WAS UNAVAILABLE. FOR THE PURPOSES OF THIS SECTION, ANY ACT OF CONGRESS APPLICABLE EXCLUSIVELY TO THE DISTRICT OF COLUMBIA, SHALL BE CONSIDERED AS TO BE A STATUTE OF THE DISTRICT OF COLUMBIA."

CITATIONS CHIEFLY RELIED UPON

42 § USC § 1983
28 § USC § 2672
28 CFR § 543.30
1ST AMENDMENT, U.S. CONSTITUTION
4TH AMENDMENT, U.S. CONSTITUTION
5TH AMENDMENT, U.S. CONSTITUTION
8TH AMENDMENT, U.S. CONSTITUTION
14TH AMENDMENT, U.S. CONSTITUTION

MEMORANDUM DATED AUGUST 28, 2007/HENRY J. SADOWSKI
ADMINISTRATIVE TORT CLAIMS NO. TRT-NER-2007-02540

BOP POLICY/ADMINISTRATIVE REMEDY PROCEDURES
INMATE FINANCE RECORDS FOR THE BOP

BACKGROUND

THE PETITIONER, JAMES F. JOHNSON, IS A PRISONER HOUSED AT FORT DIX, F.C.I., PURCHASED CERTAIN INMATE COMMISSARY ITEMS FROM THE INMATE COMMISSARY AT FORT DIX DURING THE 2006 COMMISSARY PURCHASING ERA.

ON OR ABOUT JANUARY 10, 2007, HE WAS INJURED IN A FELL AFTER BEING BRUTALLY ATTACKED AND KICKED AT HIS HANDICAPPED WALKER BY A BOP STAFF MEMBER WHOM CALLED HIM "BEATING ON HIS CHEST LIKE A MOKEY" FOR INSOLENCE." JOHNSON WAS FELLED INTO AN IRON FENCE POLE OF METAL AND IMMEDIATELY STRUCT HIS HEAD, CAUSING INJURIES THERETO, AND IMMEDIATELY TRANSFERRED, BY AMBULANCE, TO AN OUTSIDE MEDICAL FACILITY KNOWN AS SAINT FRANCIS MEDICAL HOSPITAL IN NEW JERSEY, FOR EMERGENCY TREATMENTS TO HIS SKULL AND HEAD. JOHNSON'S PROPERTY ON HIS PERSONS, CONSISTING OF HIS PURCHASED SONY RADIO, HEAD PHONES, DAISEY TYPING WHEEL, TYPING RIBBON, LEGAL DOCUMENTS, INMATE ID CARD, WERE IMMEDIATELY CONFISCATED FOR "SECURITY REASONS," AS INMATES BEING TRANSPORTED OUTSIDE ARE NOT ALLOWED TO HAVE "ANYTHING UPON HIS/HER PERSONS!"

AFTER TREATMENTS FROM THIS OUTSIDE MEDICAL FACILITY, JOHNSON WAS RE-ADMITTED TO THE FORT DIX, FCI, AND ADMITTED TO THE SPECIAL HOUSING UNIT(SHU) FOR HEARINGS. HIS PROPERTY FROM HIS UNIT WAS LATER PRESENTED, WHERE THE SHU PROPERTY OFFICER IMMEDIATELY DOCU-

DENIED HIS PROPERTY LOSS , PER THE ITEMS LISTED UPON THE INMATES COMMISSARY ITEMS PURCHASED LIST , WHICH IS COMPUTERIZED AND SO DOCUMENTED FOR SUCH PURPOSES. THIS STAFF OFFICER SO DOCUMENTED HIS MISSING RADIO AND OTHER LISTED ITEMS.

ACCORDINGLY TO ADMINISTRATIVE PROCEDURES, JOHNSON PROPERLY AND TIMELY SUBMITTED HIS LOSS PROPERTY CLAIMS , AFTER SEVERAL ATTEMPTS TO " INFORMALLY RESOLVE " THE ISSUE TO FIND HIS LOST PROPERTIES. AS A DIRECT RESULT OF THE CLAIMS AND BECAUSE HE HAD FILED OTHER ASSAULT CLAIMS AGAINST MEMBERS OF THE BOP STAFF FOR THE INCIDENT OF CALLING HIM A MONKEY AND ASSAULT, HE WAS DENIED HIS CLAIM, HE BELIEVES, AS A MEANS OF RETRIBUTION.

## DAMAGES

WHEREAS , JOHNSON DEMANDS A TRIAL BY JURY TO DETERMINE THE FACTS AND THE MERITS OF THIS CASE BECAUSE OF THE DEFENDANTS STAUNCH REFUSALS TO HONOR ITS OWN AGENCY GUIDELINES AND REGULATIONS AND THE LAWS OF THE UNITED STATES CONSTITUTION, THUS, FOR COMPENSATORY DAMAGES, JOHNSON SEEKS THE AMOUNT OF $ 74,000.00 AND FOR PUNITIVE DAMAGES, JOHNSON SEEKS THE AMOUNT OF $75,000.00 AND ANY OTHER PROPER MEANS OF REDRESS DEEMED TO BE PROPER BY THIS COURT AND OR JURY DEMAND, IT IS SO MOVED!

JAMES F. JOHNSON

ATTACHMENTS

## CERTIFICATE OF SERVICE

I , JAMES F. JOHNSON DO SO CERTIFY THAT I HAVE MAILED THE ORIGINAL AND TWO COPIES TO THE CLERK OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, ON THIS -----DAY OF SEPTEMBER, 2007, AND BECAUSE OF MY POVERTY AND AFFIDAVIT HERETO ATTACHED, DULY REQUEST THAT ANY AND ALL PARTIES CONCERNED, ACCORDINGLY TO RULE 11 AND RULE 12,BE FORWARDED A COPY OF THIS COMPLAINT, AND THE PRO SE PETITIONER, IT IS SO MOVED.

JAMES F. JOHNSON , PRO SE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


PETITION FOR SUIT IN EQUITY
( PURSUANT TO 42 § U.S.C. § 1983 )

JAMES F. JOHNSON , PRO SE
FED REG NO. 07561-016
P.O. BOX 2000 FCI
FORT DIX , N.J. 08640

JURY DEMAND
MONETARY DAMAGES SOUGHT
( $15,000,00 )

PETITIONER ,

VS.                                                    CIVIL ACTION NO.-

UNITED STATES OF AMERICA , ET AL.;

DIRECTOR
FEDERAL BUREAU OF PRISONS
320 FIRST STREET , N.W.
WASHINGTON , D.C. 20001


JURISDICTION

1ST AMENDMENT , U.S. CONSTITUTION......" THE RIGHT OF CITIZENS
FREELY TO ASSEMBLE, AND PETITION THE GOVERNMENT
FOR REDRESS OF GREIVENCE..." (INPPERTINENT PART)

28 USCS § 1331. FEDERAL QUESTION.
" THE DISTRICT COURTS SHALL HAVE ORGINAL JURISDICTION OF ALL CIVIL ACTIONS ARISING UNDER THE
CONSTITUTION, LAWS , OR TREATIES OF THE UNITED
STATES."

JURISDICTIONAL VENUE

42 § USCS § 1983. DEPRIVATION OF RIGHTS , CIVIL ACTION.

" EVERY PERSON , WHO , UNDER COLOR OF ANY STATUTE,
ORDINANCE, REGULATION ,CUSTOM, OR USAGE, OF ANY STATE,
OR TERRITORY , OR THE DISTRICT OF COLUMBIA, SUBJECTS ,
OR CAUSES TO BE SUBJECTED ,ANY CITIZEN OF THE UNITED
STATES OR TO OTHER PERSON WITHIN THE JURISDICTION
THEREOF, TO THE DEPRIVATION OF ANY RIGHTS , PRIVILEGES,

OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, SHALL BE LIABLE TO THE PARTY INJURED IN AN ACTION AT LAW, SUIT IN EQUITY, OR OTHER PROPER PROCEEDING FOR REDRESS, EXCEPT THAT IN ANY ACTION BROUGHT AGAINST A JUDICIAL OFFICER FOR AN ACT OR OMMISSION TAKEN IN THE OFFICERS JUDICIAL CAPACITY, INJUNCTIVE RELIEF SHALL NOT BE GRANTED UNLESS A DECLARATORY RELIEF WAS UNAVAILABLE. FOR THE PURPOSES OF THIS SECTION, ANY ACT OF CONGRESS APPLICABLE EXCLUSIVELY TO THE DISTRICT OF COLUMBIA, SHALL BE CONSIDERED AS TO BE A STATUTE OF THE DISTRICT OF COLUMBIA."

## CITATIONS CHIEFLY RELIED UPON

42 § USC § 1983
28 § USC § 2672
28 CFR § 543.30
1ST AMENDMENT, U.S. CONSTITUTION
4TH AMENDMENT, U.S. CONSTITUTION
5TH AMENDMENT, U.S. CONSTITUTION
8TH AMENDMENT, U.S. CONSTITUTION
14TH AMENDMENT, U.S. CONSTITUTION

MEMORANDUM DATED AUGUST 28, 2007/HENRY J. SADOWSKI
ADMINISTRATIVE TORT CLAIMS NO. TRT-NER-2007-02540

BOP POLICY/ADMINISTRATIVE REMEDY PROCEDURES
INMATE FINANCE RECORDS FOR THE BOP

## BACKGROUND

THE PETITIONER, JAMES F. JOHNSON, IS A PRISONER HOUSED AT FORT DIX, F.C.I., PURCHASED CERTAIN INMATE COMMISSARY ITEMS FROM THE INMATE COMMISSARY AT FORT DIX DURING THE 2006 COMMISSARY PURCHASING ERA.

ON OR ABOUT JANUARY 10, 2007, HE WAS INJURED IN A FELL AFTER BEING BRUTALLY ATTACKED AND KICKED AT HIS HANDICAPPED WALKER BY A BOP STAFF MEMBER WHOM CALLED HIM " BEATING ON HIS CHEST LIKE A MOKEY" FOR INSOLENCE." JOHNSON WAS FELLED INTO AN IRON FENCE POLE OF METAL AND IMMEDIATELY STRUCK HIS HEAD, CAUSING INJURIES THERETO, AND IMMEDIATELY TRANSFERRED, BY AMBULANCE, TO AN OUTSIDE MEDICAL FACILITY KNOWN AS SAINT FRANCIS MEDICAL HOSPITAL IN NEW JERSEY, FOR EMERGENCY TREATMENTS TO HIS SKULL AND HEAD. JOHNSON'S PROPERTY ON HIS PERSONS, CONSISTING OF HIS PURCHASED SONY RADIO, HEAD PHONES, DAISEY TYPING WHEEL, TYPING RIBBON, LEGAL DOCUMENTS, INMATE ID CARD, WERE IMMEDIATELY CONFISCATED FOR " SECURITY REASONS," AS INMATES BEING TRANSPORTED OUTSIDE ARE NOT ALLOWED TO HAVE " ANYTHING UPON HIS/HER PERSONS!"

AFTER TREATMENTS FROM THIS OUTSIDE MEDICAL FACILITY, JOHNSON WAS RE-ADMITTED TO THE FORT DIX, FCI, AND ADMITTED TO THE SPECIAL HOUSING UNIT(SHU) FOR HEARINGS. HIS PROPERTY FROM HIS UNIT WAS LATER PRESENTED, WHERE THE SHU PROPERTY OFFICER IMMEDIATELY DOCU-

MENTED HIS PROPERTY LOSES , PER THE ITEMS LISTED UPON THE INMATES COMMISSARY ITEMS PURCHASED LIST , WHICH IS COMPUTERIZED AND SO DOCUMENTED FOR SUCH PURPOSES. THIS STAFF OFFICER SO DOCUMENTED HIS MISSING RADIO AND OTHER LISTED ITEMS.

ACCORDINGLY TO ADMINISTRATIVE PROCEDURES, JOHNSON PROPERLY AND TIMELY SIBMITTED HIS LOSS PROPERTY CLAIMS , AFTER SEVERAL ATTEMPTS TO " INFORMERLY RESOLVE " THE ISSUE TO FIND HIS LOST PROEPRTIES. AS A DIRECT RESULT OF THE CLAIMS AND BECAUSE HE HAD FILED OTHER ASSAULT CLAIMS AGAINST MEMBERS OF THE BOP STAFF FOR THE INCIDENT OF CALLING HIM A MONKEY AND ASSAULT, HE WAS DENIED HIS CLAIM, HE BELIEVES, AS A MEANS OF RETRIBUTION.

## DAMAGES

WHEREAS , JOHNSON DEMANDS A TRIAL BY JURY TO DETERMINE THE FACTS AND THE MERITS OF THIS CASE BECAUSE OF THE DEFENDANTS STAUNCH REFUSALS TO HONOR ITS OWN AGENCY GUIDELINES AND REGULATIONS AND THE LAWS OF THE UNITED STATES CONSTITUTION, THUS, FOR COMPENSATORY DAMAGES, JOHNSON SEEKS THE AMOUNT OF $ 75,000.00 AND FOR PUNITIVE DAMAGES, JOHNSON SEEKS THE AMOUNT OF $75,000.00 AND ANY OTHER PROPER MEANS OF REDRESS DEEMED TO BE PROPER BY THIS COURT AND OR JURY DEMAND, IT IS SO MOVED!


JAMES F. JOHNSON

ATTACHMENTS

## CERTIFICATE OF SERVICE

I , JAMES F. JOHNSON DO SO CERTIFY THAT I HAVE MAILED THE ORIGINAL AND TWO COPIES TO THE CLERK OF THE U.S. DISTRICT COURT FOR THE DIS-TRICT OF COLUMBIA, ON THIS ------DAY OF SEPTEMBER, 2007, AND BECAUSE OF MY POVERTY AND AFFIDAVIT HERETO ATTACHED, DULY REQESST THAT ANY AND ALL PARTIES CONCERNED, ACCORDINGLY TO RULE 11 AND RULE 12, BE FORWARDED A COPY OF THIS COMPLAINT, AND THE PRO SE PETITIONER, IT IS SO MOVED.

JAMES F. JOHNSON , PRO SE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETITION FOR SUIT IN EQUITY
( PURSUANT TO 42 § U.S.C. § 1983 )

JAMES F. JOHNSON , PRO SE
FED REG NO. 07561-016
P.O. BOX 2000 FCI
FORT DIX , N.J. 08640

JURY DEMAND
MONETARY DAMAGES SOUGHT
( $25,000.00 )

PETITIONER ,

VS.                                          CIVIL ACTION NO.-

UNITED STATES OF AMERICA , ET AL.;

DIRECTOR
FEDERAL BUREAU OF PRISONS
320 FIRST STREET , N.W.
WASHINGTON , D.C. 20001

JURISDICTION

1ST AMENDMENT , U.S. CONSTITUTION......" THE RIGHT OF CITIZENS
FREELY TO ASSEMBLE, AND PETITION THE GOVERNMENT
FOR REDRESS OF GREIVENCE..." (INPPERTINENT PART)

28 USCS § 1331. FEDERAL QUESTION.
" THE DISTRICT COURTS SHALL HAVE ORGINAL JURISDI-
CTION OF ALL CIVIL ACTIONS ARISING UNDER THE
CONSTITUTION, LAWS , OR TREATIES OF THE UNITED
STATES."

JURISDICTIONAL VENUE

42 § USCS § 1983.  DEPRIVATION OF RIGHTS , CIVIL ACTION.

" EVERY PERSON , WHO , UNDER COLOR OF ANY STATUTE,
ORDINANCE, REGULATION ,CUSTOM, OR USAGE, OF ANY STATE,
OR TERRITORY , OR THE DISTRICT OF COLUMBIA, SUBJECTS ,
OR CAUSES TO BE SUBJECTED ,ANY CITIZEN OF THE UNITED
STATES OR TO OTHER PERSON WITHIN THE JURISDICTION
THEREOF, TO THE DEPRIVATION OF ANY RIGHTS , PRIVILEGES,

OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, SHALL BE LIABLE TO THE PARTY INJURED IN AN ACTION AT LAW, SUIT IN EQUITY , OR OTHER PROPER PROCEEDING FOR REDRESS , EXCEPT THAT IN ANY ACTION BROUGHT AGAINST A JUDICIAL OFFICER FOR AN ACT OR OMMISSION TAKEN IN THE OFFICER'S JUDICIAL CAPACITY, INJUNCTIVE RRELIEF SHALL NOT BE GRANTD UNLESS A DECLARATORY RELIEF WAS UNAVAILABLE. FOR THE PURPOSES OF THIS SECTION, ANY ACT OF CONGRESS APPLICABLE EXCLUSIVELY TO THE DISTRICT OF COLUMBIA, SHALL BE CONSIDERED AS TO BE A STATUTE OF THE DISTRICT OF COLUMBIA."

CITATIONS CHIELFY RELIED UPON

42 § USC § 1983
28 § USC § 2672
28 CFR § 543.30
1ST AMENDMENT , U.S. CONSTITUTION
4TH AMENDMENT , U.S. CONSTITUTION
5TH AMENDMENT, U.S. CONSTITUTION
8TH AMENDMENT, U.S. CONSTITUTION
14TH AMENDMENT, U.S. CONSTITUTION

MEMORANDUM DATED AUGUST 28, 2007/HENRY J. SADOWSKI
ADMINISTRATIVE TORT CLAIMS NO. TRT-NER-2007-02540

BOP POLICY/ADMINISTRATIVE PROCEDURES REMEDY
INMATE FINANCE RECORDS FOR THE BOP


BACKGROUND

THE PETITIONER , JAMES F. JOHNSON, IS A PRISONER HOUSED AT FORT DIX, F.C.I. , PURCHASED CERTAIN INMATE COMMISSARY ITEMS FROM THE INMATE COMMISSARY AT FORT DIX DURING THE 2006 COMMISSARY PURCHASING ERA.
     ON OR ABOUT JANUARY 10, 2007, HE WAS INJURED IN A FALL AFTER BEING BRUTALLY ATTACKED AND KICKED AT HIS HANDICAPPED WALKER BY A BOP STAFF MEMBER WHOM CALLED HIM " BEATING ON HIS CHEST LIKE A MONKEY" FOR INSOLENCE." JOHNSON WAS FELLED INTO AN IRON POLED METAL FENCING AND IMMEDIATELY STRUCK HIS HEAD, CAUSING INJURIES THERETO, AND IMMEDIATELY TRANSFERRED, BY AMBULANCE, TO AN OUTSIDE MEDICAL FACILITY KNOWN AS SAINT FRANCIS MEDICAL HOSPITAL IN NEW JERSEY, FOR EMERGENCY TREATMENTS TO HIS SKULL AND HEAD. JOHNSON'S PROPERTY ON HIS PERSONS, CONSISTING OF HIS PURCHASED SONY RADIO, HEAD PHONES, DAISEY TYPING WHEEL, TYPING RIBBON, LEGAL DOCUMENTS, INMATE ID CARD, WERE IMMEDI-CONFISCATED FOR " SECURITY REASONS," AS INMATES BEING TRANSPORTED ARE NOT ALLOWED TO HAVE " ANY THING UPON HIS/HER PERSONS.!"
     AFTER TREATMENTS FROM THIS OUTSIDE MEDICAL FACILITY, JOHNSON WAS RE-ADMITTED TO THE FORT DIX, FCI , AND ADMITTED TO THE SPECIAL HOUSING UNIT (SHU) FOR HEARINGS. HIS PROPERTY FROM HIS UNIT WAS LATER PRESENTED, WHERE THE SHU PROPERTY OFFICER IMMEDIATELY DOCU-

MENTED HIS PROPERTY LOSES , PER THE ITEMS LISTED UPON THE INMATES COMMISSARY ITEMS PURCHASED LIST , WHICH IS COMPUTERIZED AND SO DOCUMENTED FOR SUCH PURPOSES. THIS STAFF OFFICER SO DOCUMENTED HIS MISSING RADIO AND OTHER LISTED ITEMS.

ACCORDINGLY TO ADMINISTRATIVE PROCEDURES, JOHNSON PROPERLY AND TIMELY SIBMITTED HIS LOSS PROPERTY CLAIMS , AFTER SEVERAL ATTEMPTS TO " INFORMERLY RESOLVE " THE ISSUE TO FIND HIS LOST PROEPRTIES. AS A DIRECT RESULT OF THE CLAIMS AND BECAUSE HE HAD FILED OTHER ASSAULT CLAIMS AGAINST MEMBERS OF THE BOP STAFF FOR THE INCIDENT OF CALLING HIM A MONKEY AND ASSAULT, HE WAS DENIED HIS CLAIM, HE BELIEVES, AS A MEANS OF RETRIBUTION.

## DAMAGES

WHEREAS , JOHNSON DEMANDS A TRIAL BY JURY TO DETERMINE THE FACTS AND THE MERITS OF THIS CASE BECAUSE OF THE DEFENDANTS STAUNCH REFUSALS TO HONOR ITS OWN AGENCY GUIDELINES AND REGULATIONS AND THE LAWS OF THE UNITED STATES CONSTITUTION, THUS, FOR COMPENSATORY DAMAGES, JOHNSON SEEKS THE AMOUNT OF $ 75,000.00 AND FOR PUNITIVE DAMAGES, JOHNSON SEEKS THE AMOUNT OF $75,000.00 AND ANY OTHER PROPER MEANS OF REDRESS DEEMED TO BE PROPER BY THIS COURT AND OR JURY DEMAND, IT IS SO MOVED!

JAMES F. JOHNSON

ATTACHMENTS

## CERTIFICATE OF SERVICE

I , JAMES F. JOHNSON DO SO CERTIFY THAT I HAVE MAILED THE ORIGINAL AND TWO COPIES TO THE CLERK OF THE U.S. DISTRICT COURT FOR THE DIS- STRICT OF COLUMBIA, ON THIS -----DAY OF SEPTEMBER, 2007, AND BECAUSE OF MY POVERTY AND AFFIDAVIT HERETO ATTACHED, DULY REQUEST THAT ANY AND ALL PARTIES CONCERNED, ACCORDINGLY TO RULE 11 AND RULE 12, BE FORWARDED A COPY OF THIS COMPLAINT, AND THE PRO SE PETITIONER, IT IS SO MOVED.

JAMES F. JOHNSON , PRO SE

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-1859
WNA

**I (a) PLAINTIFFS**

James F. Johnson

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

#07561-016

**DEFENDANTS**

USA et al.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01859
Assigned To : Unassigned
Assign. Date : 10/16/2007
Description: PRO SE GEN. CIVIL

CASE RE-ASSIGNED
JURY ACTION
TO WALTON RBW

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP** (FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

|  ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (If Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 75,000   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☐ NO   If yes, please complete related case form.

DATE 10/16/07   SIGNATURE OF ATTORNEY OF RECORD   NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.



Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd