**FILED**
OCT 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT
WASHINGTON , D.C.

AFFIDAVIT IN SUPPORT OF
PAUPERIS PLEADINGS

JAMES F. JOHNSON , PRO SE
FED REG NO. 07561-016
P.O. BOX 2000 FCI
FORT DIX , N.J. 08640

PETITIONER ,

VS.                                         CIVIL ACTION 07 1859

UNITED STATES OF AMERICA ET AL.;

DIRECTOR
FEDERAL BUREAU OF PRISONS , ET AL.;
302 FIRST STREET , N.W.
WASHINGTON , D.C.   20001

RESPONDANT .


AFFIDAVIT IN SUPPORT OF LEAVE TO PROCEED IN
FORMA PAUPERIS

I, JAMES F. JOHNSON , DO SO DECLARE, UNDER PENALTY OF PERJURY, THAT I AM A CITIZEN OF THESE UNITED STATES, THAT I AM A TAX PAYING CITIZENRY OF THE DISTRICT OF COLUMBIA, THAT I AM A PRISONER HELD IN AND AT THE FEDERAL BUREAU OF PRISONS, THAT BECAUSE OF POVERTY, I AM UNABLE TO PAY COURT COST OR GIVE SECURITY FOR SAME, THAT I MAKE NO MONIES AS A FEDERAL PRISONER DUE TO MY BEING MEDICALLY HANDICAPPED AND MEDICALLY UNASIGNED , THAST I OWN NO PROPERTIES NOR HAVE ANY BANK ACCOUNTS , NOR GIFTS OF MONIES TO PAY FOR SAME,.THAT I BELIEVE

**RECEIVED**
SEP 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

THAT I AM ENTITLED TO THE REDRESS I SEEK , THAT THE FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION ALLOWS ME TO ADDRESS THE GOVERNMENT TO SEEK REDRESS OF GRIEVENCE , THAT A COPY OF MY PRISON INMATE FINANCIAL AND COMMISSARY FUND IS ATTACHED HERETO , THAT I AM WILLING TO FOLLOW , HEED , AND ABIDE WITH ANY RULING THIS COURT MAY ORDER , TO PROCEED FIRST WITHOUT PAYMENT OF COURT COST IN THE INSTANT ACTION. IT IS SO MOVED!

*James F. Johnson*

JAMES F. JOHNSON , PRO SE


CERTIFICATE OF SERVICE

I , JAMES F. JOHNSON , THE PETITIONER HEREIN FOR THIS MOTION TO PROCEED WITHOUT PREPAYMENT OF COST OF COURT, UNDER THE PAUPERIS PLEADINGS AND APPLICABLE RULES OF THIS COURT , DO SO CERTIFY THAT I HAVE MAILED THE ORIGINAL AND TWO COPIES TO:

CHIEF CLERK
UNITED STATES DISTRICT COURT
333 CONSTITUTION AVENUE, N.W.
WASHINGTON ,D.C, 20001

POSTAGE FIRST PREPAID, ON THIS ---DAY OF SEPTEMBER, 2007, AND ACCORDINGLY TO RULE 11 AND RULE 12 , DULY REQUEST THAT COPIES BE FORWARDED , HOWEVER APPLICABLE, TO ANY AND ALL CONCERNED PARTIES, INCLUSIVE OF :

        JAMES F. JOHNSON , PRO SE
        FED REG NO. 07561-016
        P.O. BOX 2000 FCI
        FORT DIX , N.J. 08640

IT IS SO MOVED!

ATTACHMENT(1)

UNITED STATES GOVERNMENT

# Memorandum

Northeast Regional Office, Philadelphia, PA
FEDERAL BUREAU OF PRISONS

DATE: August 28, 2007

REPLY TO
ATTN OF: Henry J. Sadowski, Regional Counsel

SUBJECT: Administrative Tort Claim No. TRT-NER-2007-02540

TO: James Johnson, Reg. No. 07561-016
FCI Fort Dix

Your Administrative Tort Claim No. TRT-NER-2007-02540, properly received in this office on March 1, 2007, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. You seek compensatory damages in the amount of $139.15 for personal property loss. You allege some of your personal property was lost when you were transferred from the Federal Correctional Institution (FCI) Fort Dix to an outside medical facility on January 10, 2007.

After careful review of this claim, I decided not to offer a settlement. You signed an Inmate Personal Property Release form on January 10, 2007 and January 23, 2007. Your signature indicates the accuracy of the inventory on both dates. On January 10, 2007, a radio was the only item you indicated was missing. You provided no evidence you possessed a radio on this date. On January 23, 2007, you did not list any items as missing. There is no evidence to suggest you experienced a compensable loss as the result of negligence on the part of any Bureau of Prisons' employee.

Accordingly, your claim is denied. If you are dissatisfied with this decision, you may bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this memorandum.

cc: Charles E. Samuels, Jr., Warden, FCI Fort Dix