UNITED STATES DISTRICT COURT

NOTICE OF CHANGE OF ADDRESS

**FILED**

OCT 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MEMORANDUM TO : CHIEF CLERK

PLEASE BE ADVISED , THAT THE BELOW LISTED CIVILA ACTION CASES WHICH MAY APPEAR IN YOUR COURT , ARE DULY NOTED AS BEING THE SUBJECT OF AN ADDRESS CHANGE TO : JAMES F. JOHNSON
3421 15 STREET , S.E. # 102
c/o WILLIAM H. JOHNSON
WASHINGTON , D.C. 20020

THE LISTED CASE NUMBERS ARE: 07-4591 NJ
06-1549 (APPEAL) 06-2233 NJ
06-2390 - 3026(APPEAL) NJ
07-1168 NJ
07-3057 NJ
07-2827 NJ

THE ABOVE LISTED ARE LOCATED AT THE DISTRICT OF NEW JERSEY(CAMDEN)

DISTRICT OF COLUMBIA CIRCUIT

05-2315 (APPEAL) 06-7176
05-2504
07-1168

DISTRICT OF COLUMBIA SUPERIOR COURT

94-8170 ( DUNCAN-PETERS)

DISTRICT OF COLUMBIA LANDLORD & TEBNANT COURT

2006-006105

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA
07-00465 ( 04-01270 formerly)

PLEASE ACKNOWLEDGE RECEIPT OF THIS ADDRESS CHANGE,

JAMES F. JOHNSON , PRO SE PETITIONER

I HEREBY CERTIFY THAT I HAVE MAILED, POSTAGE FIRST PREPAID THE NOTED ADDRESS CHANGE TO THE ABOVE LISTED COURTS, ON THIS 10/11/07.

JAMES F. JOHNSON

4