*Original*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES F. JOHNSON , PLAINTIFF

1838 I Street , NE #3

Washington, DC 20002

Tel. 202 396 1890


Vs.                                        Civil Action No. 07-1859


UNITED STATES OF AMERICA , et al.;

DEFENDANTS.


MOTION FOR RECONSIDERATION OF ORDER

OF DISMISSAL


Petitioner first filed his Pro Se petition/complaint as an District of Columbia Prisoner housed in and

At the Federal Bureau Of Prisons(BOP) and has since been released on or about OCTOBER,2007.


Petitioner filed any and all necessary documents, while he was incarcerated, to acknowledge any Order

Of and from this Court.


Petitioner did not receive any further Notice from this Court since his release until JUNE 6, 2008!

The instant Notice of Dismissal Without Prejudice.


Petitioner duly request this Honorable Court to accept his reasons, as he claims he did forward any

And all necessary documents to said court and in an timely manner.

6

2

Petitioner enters as evidence of his claim, an Xerox copy of his Institutional Financial report as forwarded to this Court in response to his Order to do so, and contend that as an released Offender, he would not have access to such nor would institutional officials forward such documents to him as an released prisoner.

Petitioner further, contend that he continues to plead under the poverty statute, as he duly submits a copy of his recently filed and approved Chapter 7 complaint in the United States Bankruptcy Court for the District of Columbia.

Whereas, it is duly requested that this Honorable Court accept his change of address, his motion to continue his pleadings in the instant cause, his evidence of his prison financia records, his recent and continued poverty status, and his motion in al respects as an application to proceed in forma pauperis, it is so moved.

*James F. Johnson  6/6/08*

James F. Johnson

Attachments! (2)


CERTIFICATE OF SERVICE

I, JAMES F. JOHNSON , the Petitioner in the instant matter, do so certify that I have mailed the original

And one copy of the instant motion to reconsider, to the Chief Clerk, United States District Court,

For the District of Columbia, 333 Constitution Avenue, NW, DC for appropriate copies to be delivered to any and all appropriate and concerned parties hereto, on this 9th day of JUNE, 2008.

*James F. Johnson  6/6/08*

James F. Johnson, Pro Se

1838 I Street , NE #3

Washington , DC 20002

Tel. 202 396 1890

Offender Management System for Windows Version 4.2, You are logged into: CENTRAL DETENTION FACILITY (DC)

File   Maintenance   Batch Processing   Accounting   Inmate   Xmodules   Office   Reports   Individual Reports   ZHelp

Selected Inmate   Alerts: ADMIN ACCEPTATION

Name **JOHNSON, JAMES**   Section **NORTH EAST**   Block **1**

Cell **26**   Bed **A**   Location **12**

| Birth | Sex | Race | Release | Admt Type | SS# | Booking# | Prmnt# | Booking Date | Classification |
|-------|-----|------|---------|-----------|-----|----------|--------|--------------|----------------|
| 03/13/1941 | M | B | 00/00/0000 | 69 | 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 | 2005-11302 | 119202 | 08/17/2005 | Pretrial Minimum |

Current Account Balance:   $8.29      Cost Recovery Account Balance:   $0.00

Print Screen...   Search   Next   Receipt   Checks   Old Receipt   Reverse   Save   Abort

Clothing
Commi
Detaine
Educat
Enemie
Employ
Grieva
Housin
DR's
Inciden
Miscnd
Physic
Proper
Questi
Relea
SRstrc
Sched
Senter
Social
Status
Trans
Treatm
HXTrat



# United States Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 04/02/2008 at 12:28 PM and filed on 04/02/2008.



**James F. Johnson**
1838 I Street NE, #3
Washington, DC 20002
202-506-2843
SSN: xxx-xx-3504

The case was assigned case number 08-00225 to Judge S. Martin Teel, Jr..

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.dcb.uscourts.gov or at the Clerk's Office, E. Barrett Prettyman U. S. Courthouse, 333 Constitution Ave, NW #1225, Washington, DC 20001.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

James Johnson
14138140-1
5/6/2008



**Money Management**
**I N T E R N A T I O N A L.**

## <u>CLIENT BUDGET</u>

| | | Current | Proposed |
|---|---|---|---|
| **Income** | **Client Net Income** | $637.00 | $637.00 |
| | **Total Other Income** | $106.00 | $106.00 |
| **Fixed** | **Rent/Mortgage/Property Taxes**<br>**Note:  OWES 2000.00** | $800.00 | $800.00 |
| | **x Total Fixed Expense** | $800.00 | $800.00 |
| **Variable** | **Electric** | $40.00 | $40.00 |
| | **Gas/Oil (Heating)** | $18.00 | $18.00 |
| | **Gasoline/Public & Other Transportation** | $10.00 | $10.00 |
| | **Groceries/Household Supplies** | $106.00 | $106.00 |
| | **Laundry/Dry Cleaning** | $10.00 | $10.00 |
| | **Medication/Glasses** | $7.00 | $7.00 |
| | **Telephone/Cell Phone/Pager** | $50.00 | $50.00 |
| | **x Total Variable Expense** | $241.00 | $241.00 |
| **Total Results** | **Total Debt Payments** | $0.00 | ($103.92) |
| | **Total Expense** | ($1,041.00) | ($1,041.00) |
| | **Total Household Income** | $743.00 | $743.00 |

| | | Current | Proposed |
|---|---|---|---|
| Total Results | x Surplus or Deficit | ($298.00) | ($401.92) |



# District of Columbia Housing Authority

1133 NORTH CAPITOL STREET, NORTHEAST
WASHINGTON, D.C. 20002-7599
(202) 535-1706 EXT 5

CLIENT PLACEMENT DIVISION
SUITE 1
FAX (202) 535-20

*Cane / Walker*

DATE: *1-16-08*

**TO WHOM IT MAY CONCERN:**

This is to verify that   *JAMES   JOHNSON JR*      *578.54.3504*
                         (Name)                        (SSN)

submitted an application to the Client Placement Division on the above date to:

[ ] Apply  [ ] Reapply for Housing Assistance – [✓] Preference  [ ] Non-Preference

[✓] Update his/her housing assistance application for:
(Specify change) *NEW ADDRESS PHONE, ADD/PREFERENCES*
*INCOME, ADD Housing program REMOVE*
-OR-

[ ] Inquired about the status of his/her housing assistance application.

According to the records in Client Placement Division, the above-named applicant is
currently on the waiting list for the following program(s):

[✓] Public Housing          [✓] Section 8 Voucher Program

[✓] Section 8 Moderate Rehabilitation Program

**IMPORTANT NOTE FOR ALL APPLICANTS:**
You should report to the Client Services Center in person or in writing, any change in your
mailing address, family composition, preference category, etc. (If in writing, please include your
S.S. Number.) If you do not respond to a letter sent by DCHA for the purpose of a scheduled final
eligibility interview, obtaining information, or application update processes, your housing applica-
tion will be withdrawn and your name removed from the waiting list.

If you are a former resident of DCHA Public Housing, the Housing Choice Voucher Program
(formerly called Section 8) or the Moderate Rehabilitation Program and owe a rental balance, you
cannot be assisted until the balance is paid in full. If you have any questions concerning a possible
balance that you might owe, contact the Tenant and Program Accounts Branch at (202) 525-1141.

*James F Johnson*                          *01-16-08*
Signature of Applicant                      Date *1-16-08*

*D. Holton*
Received by CPD Representative              Date

*Disabled
&
Senior
citizen
&
homeless*

-revised 08/23