UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES F. JOHNSON, )
)
Plaintiff, )
v. )  Civil Action No. 07-1859 (RBW)
)
UNITED STATES OF AMERICA et al., )
)
Defendants. )

ORDER

It is hereby

ORDERED that plaintiff's Motion for Reconsideration of Order of Dismissal [Dkt. #6] is GRANTED. It is further

ORDERED that the May 8, 2008 Dismissal Order [Dkt. #5] is VACATED. It is further

ORDERED that plaintiff's motion to proceed in forma pauperis [Dkt. #2] is GRANTED.

SO ORDERED.

Date: 6/30/08

United States District Judge