UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James F. Johnson<br>　　Plaintiff | )<br>)<br>) |
| v. | )　　Civil Action No.  07-1859 RBW<br>)<br>) |
| United States of America, et al.,<br>　　Defendant | )<br>) |

**REASSIGNMENT OF CIVIL CASE**
**(non-calendar committee)**

The above entitled action was assigned on  July 09, 2008   from Unassigned (9098)

to Judge Walton  because the plaintiff has satisfied the requirements of the PLRA.

　　　　　　　　　　　　　　　　　　　NANCY MAYER-WHITTINGTON, CLERK

　　　　　　　　　　　　　　　　　　　By: La Tanau Scott
　　　　　　　　　　　　　　　　　　　Deputy Clerk

CC:　　Judge Walton
& Courtroom Deputy
Civil Case Processing Clerk
　　　Statistical